1 Gina Fazio, Esq. #225178
Law Offices of Jeffrey Milam
2 P.O. Box 26360
Fresno, California 93729
3 (559) 264-2800

4 Attorney for Plaintiff

7 IN THE UNITED STATES DISTRICT COURT FOR

8 THE EASTERN DISTRICT OF CALIFORNIA

9 AT FRESNO

| | |
|---|---|
| MARTHA YANG ) | Civil Action No. 1:04-CV-6548 AWI LJO |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| vs. ) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted a 15 day extension of time, until August 29, 2005, in which to file and serve Plaintiff's Reply brief. All remaining actions under the scheduling order filed, November 15, 2004, shall proceed under the time limit guidelines set therein.

/ /

/ /

/ /

/ /

/ /

1  Dated:  August 15, 2005           /s/ Gina Fazio

2                                    GINA FAZIO,
                                     Attorney for Plaintiff.
3
   Dated: August 16, 2005
4                                    MCGREGOR SCOTT
                                     United States Attorney
5
                                     By: /s/ Kristi C. Kapetan
6                                    (as authorized via facsimile)
                                     KRISTI C. KAPETAN
7                                    Assistant U.S. Attorney

8

9
   IT IS SO ORDERED.
10
   **Dated:    August 22, 2005**              **/s/ Lawrence J. O'Neill**
11 b9ed48                              UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28