IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA YANG, | CASE NO. CV-F-04-6548 AWI LJO |
| Plaintiff, | **ORDER TO ADOPT FINDINGS AND RECOMMENDATIONS ON PLAINTIFF'S SOCIAL SECURITY COMPLAINT** |
| vs. | (Doc. 16.) |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

## INTRODUCTION

Plaintiff Martha Yang ("plaintiff") seeks this Court's review of an administrative law judge's ("ALJ's") decision that plaintiff is neither disabled nor entitled to Supplemental Security Income ("SSI") under Title XVI of the Social Security Act, 42 U.S.C. §§1381-1381d. After review of the Administrative Record and the parties' papers, the magistrate judge issued November 7, 2005 findings and recommendations to DENY plaintiff's request to reverse the ALJ's decision denying plaintiff's SSI claim or to remand for further proceedings. Plaintiff failed to file timely objections to the findings and recommendations.

## CONCLUSION AND ORDER

Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court conducted a *de novo* review of this case. After carefully evaluating the record, this Court finds the magistrate judge's findings and recommendations are supported by the record and proper analysis.

Accordingly, this Court:

1. ADOPTS in full the magistrate judge's November 7, 2005 findings and recommendations; and

2. DIRECTS the Court's clerk to enter judgment in favor of defendant Jo Anne B. Barnhart, Commissioner of Social Security, and against plaintiff Martha Yang and to close this action.

IT IS SO ORDERED.

**Dated:   November 29, 2005**                        /s/ Anthony W. Ishii
0m8i78                                                UNITED STATES DISTRICT JUDGE